<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
PRUDENTIAL PROPERTY &            )
CASUALTY INSURANCE COMPANY,      )   Civil Action
                                 )   No.  2002-cv-2610(JKG)
         Plaintiff               )
                                 )
         vs.                     )
                                 )
ESTATE OF ABDO ELIAS et al.,     )
                                 )
         Defendants              )
```

<u>O R D E R</u>

NOW, this      day of December, 2002,

<u>          IT IS ORDERED</u> that the undersigned recuses himself from all involvment in the within matter.

BY THE COURT:

_____
James Knoll Gardner, J.