IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRUDENTIAL PROPERTY | : | CIVIL ACTION |
| v. | : | |
| ESTATE OF ABDO ELIAS et al. | : | NO. 02-2610 |

## O R D E R

AND NOW, this 6th day of January, 2003, it is hereby

ORDERED that the order of December 10, 2002 reassigning the above-captioned case from the calendar of the Honorable William H. Yohn, Jr. to the calendar of the Honorable James Knoll Gardner is VACATED, and it is

FURTHER ORDERED that the above-captioned case is restored to the calendar of the Honorable William H. Yohn, Jr.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court